■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARKIEM AMIR, Appellant. [894 NYS2d 578]—

Peters, J. Appeal from a judgment of the County Court of Albany County (Breslin, J.), rendered May 22, 2008, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the fifth degree.

Defendant entered an *Alford* plea of guilty to criminal sale of a controlled substance in the fifth degree and was sentenced as a second felony offender to 1¹/₂ years in prison followed by two years of postrelease supervision. Contrary to his assertion here, our review of the record reveals that defendant's plea was knowing, intelligent and voluntary (*see People v Kennedy*, 46 AD3d 1099, 1100 [2007], *lv denied* 10 NY3d 841 [2008]). Indeed, County Court's remarks regarding a theoretical motion to withdraw the plea were made while ensuring that defendant fully understood the ramifications of pleading guilty and followed a detailed colloquy during which defendant informed County Court that he had discussed the matter with his attorney, was not impaired and had not been coerced into entering the plea (*see People v Rock*, 56 AD3d 1053, 1054 [2008], *lv denied* 12 NY3d 787 [2009]; *People v Washington*, 51 AD3d 1223, 1224 [2008]). The record likewise reflects County Court's

understanding that a sufficient factual basis for accepting the plea existed and that defendant's plea was the product of a rational and voluntary choice (*see People v Matthie*, 34 AD3d 987, 989 [2006], *lvs denied* 8 NY3d 805, 847 [2007]; *People v Stewart*, 307 AD2d 533, 534 [2003]).

Cardona, P.J., Rose, Kavanagh and McCarthy, JJ., concur. Ordered that the judgment is affirmed.